388 P.3d 904

STATE of Hawai'i, Plaintiff-Appellee,

v.

Patrick TAKEMOTO, Defendant-Appellant (CR. NO. 11-1-0459)

and

STATE of Hawai'i, Plaintiff-Appellee,

v.

Patrick K. TAKEMOTO, Defendant-Appellant (CR. NO. 11-1-0857)

NO. CAAP-15-0000522
CAAP-15-0000523

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 30, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST

MEMORANDUM OPINION

Affirm.

388 P.3d 904

STATE of Hawai'i, Plaintiff-Appellee,

v.

Rebecca STAPP, Defendant-Appellant

NO. CAAP-15-0000696

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 30, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT, WAILUKU DIVISION (Case No. 2DCW-13-0001655)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 904

STATE of Hawai'i, Plaintiff-Appellee,

v.

Peter Kalani BAILEY, Defendant-Appellant

NO. CAAP-15-0000575

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 8, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CR. NO. 07-1-0386)

SUMMARY DISPOSITION ORDER

Affirm.